UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO. 8:13-CR- 299 T 26TSEP |
| ANDERSON BRYAN LEVER,<br>a/k/a "Mono Lever,"<br>a/k/a "Mono," and<br>RICHARD MOSQUERA MOSQUERA,<br>a/k/a "Pipe,"<br>a/k/a "Freddy" | : 46 U.S.C. §§ 70503(a) and 70506<br>: 21 U.S.C. §§ 963 and 959<br>: 46 U.S.C. § 70507 (Forfeiture)<br>: 21 U.S.C. § 853 (Forfeiture)<br>: 21 U.S.C. § 881 (Forfeiture)<br>: 21 U.S.C. § 970 (Forfeiture)<br>: 28 U.S.C. § 2461(c) (Forfeiture) |

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**

Beginning on an unknown date, which was no later than 2011, and continuing

until on or about the date of the instant indictment, with the Middle District of Florida

being the place at which the defendants will first enter the United States,

**ANDERSON BRYAN LEVER**,
a/k/a "Mono Lever,"
a/k/a "Mono," and
**RICHARD MOSQUERA MOSQUERA**,
a/k/a "Pipe,"
a/k/a "Freddy"

the defendants herein, did knowingly and willfully combine, conspire, and agree with

each other and other persons, both known and unknown to the Grand Jury, to

distribute five (5) kilograms or more of a mixture and substance containing a

detectable amount of cocaine, a Schedule II controlled substance, knowing and

intending that such substance would be unlawfully imported into the United States,

contrary to the provisions of Title 21, United States Code, Section 959.

All in violation of Title 21, United States Code, Sections 963 and 960(b)(1)(B)(ii);

and Title 18, United States Code, Section 3238.

### COUNT TWO

Beginning on an unknown date, which was no later than 2011, and continuing

until on or about the date of the instant indictment, with the Middle District of Florida

being the place at which the defendants will first enter the United States,

**ANDERSON BRYAN LEVER,**
a/k/a "Mono Lever,"
a/k/a "Mono," and
**RICHARD MOSQUERA MOSQUERA,**
a/k/a "Pipe,"
a/k/a "Freddy"

the defendants herein, did knowingly and willfully combine, conspire, and agree with

each other and other persons, both known and unknown to the Grand Jury,

including persons who were on board a vessel subject to the jurisdiction of the

United States and who first entered the United States at a point in the Middle District

of Florida, to possess with the intent to distribute five (5) kilograms or more of a

mixture and substance containing a detectable amount of cocaine, a Schedule II

controlled substance, on board a vessel subject to the jurisdiction of the United

States, contrary to the provisions of Title 46, United States Code, Section

70503(a)(1).

2

All in violation of Title 46, United States Code, Section 70506(a) and (b); Title 21, United States Code, Section 960(b)(1)(B)(ii); and Title 18, United States Code, Section 3238.

## COUNT THREE

On or about August 17, 2012,

**ANDERSON BRYAN LEVER,**
a/k/a "Mono Lever,"
a/k/a "Mono," and
**RICHARD MOSQUERA MOSQUERA,**
a/k/a "Pipe,"
a/k/a "Freddy"

the defendants herein, with the Middle District of Florida being the place at which the defendants will first enter the United States, did knowingly and intentionally, while aiding and abetting each other and other persons, both known and unknown to the Grand Jury, including persons who were on board a vessel subject to the jurisdiction of the United States and who first entered the United States at a place in the Middle District of Florida, and while aided and abetted by each other and other persons, both known and unknown to the Grand Jury, including persons who were on board a vessel subject to the jurisdiction of the United States and who first entered the United States at a place in the Middle District of Florida, possess with the intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, on board a vessel subject to the jurisdiction of the United States.

3

All in violation of Title 46, United States Code, Sections 70503(a) and
70506(a); Title 18, United States Code, Section 2; and Title 21, United States
Code, Section 960(b)(1)(B)(ii).

### FORFEITURE

1.      The allegations contained in Counts One, Two, and Three of this
Indictment are hereby realleged and incorporated by reference for the purpose of
alleging forfeitures, pursuant to the provisions of Title 46, United States Code,
Section 70507; Title 21, United States Code, Sections 853, 881(a), and 970; and
Title 28, United States Code, Section 2461(c).

2.      Upon conviction of the violations alleged in Count One of this
Indictment, punishable by imprisonment for more than one year,

**ANDERSON BRYAN LEVER,**
a/k/a "Mono Lever,"
a/k/a "Mono," and
**RICHARD MOSQUERA MOSQUERA,**
a/k/a "Pipe,"
a/k/a "Freddy"

the defendants herein, shall forfeit to the United States, pursuant to Title 21,
United States Code, Sections 853 and 970, all of their interest in the following:

     a.     property constituting and derived from any proceeds the

            defendants obtained, directly or indirectly, as the result of such

            violations; and

     b.     property used and intended to be used in any manner or part to

            commit or to facilitate the commission of such violations.

4

3.     Upon conviction of the violations alleged in Counts Two and Three of

this Indictment, punishable by imprisonment for more than one year,

**ANDERSON BRYAN LEVER,**
a/k/a "Mono Lever,"
a/k/a "Mono," and
**RICHARD MOSQUERA MOSQUERA,**
a/k/a "Pipe,"
a/k/a "Freddy"

the defendants herein, shall forfeit to the United States of America, pursuant to

Title 46, United States Code, Section 70507 and Title 28, United States Code,

Section 2461(c), any and all right, title, and interest they have in all property

described in Title 21, United States Code, Section 881(a) that was used or

intended to be used to commit, or to facilitate the commission of such offense,

including but not limited to:

> a.     All conveyances, including aircraft, vehicles, or vessels, which
>
> are used or intended for us, to transport or in any manner to facilitate
>
> the transportation, sale, receipt, possession, or concealment of
>
> property described in Title 21, United States Code, Sections 881(a)(1)
>
> and (a)(2); and

> b.     All moneys, negotiable instruments, securities, or other things of
>
> value furnished or intended to be furnished by any person in exchange
>
> for a controlled substance or listed chemical in violation of this
>
> subchapter, all proceeds traceable to such an exchange and all
>
> moneys, negotiable instruments, and securities used or intended to be

5

used to facilitate any violation of this subchapter.

4.      Specific property to be forfeited includes, but is not limited to, a forfeiture money judgment representing the proceeds the defendants obtained as a result of their offenses, in an amount to be determined at or before sentencing.

5.      If any of the property described above as being subject to forfeiture as a result of any act or omission of the defendants:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred, sold to, or deposited with a third party;

      c.      has been placed beyond the jurisdiction of the Court;

      d.      has been substantially diminished in value;

6

e.     has been commingled with other property which cannot be
subdivided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the

provisions of Title 21, United States Code, Section 853(p), directly and as

incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

FOREPERSON

ROBERT E. O'NEILL
United States Attorney

By:

CHRISTOPHER F. MURRAY
Assistant United States Attorney

By:

JOSEPH K. RUDDY
Assistant United States Attorney
Chief, Narcotics Section

**UNITED STATES DISTRICT COURT**
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

ANDERSON BRYAN LEVER,
a/k/a "Mono Lever,"
a/k/a "Mono," and
RICHARD MOSQUERA MOSQUERA,
a/k/a "Pipe,"
a/k/a "Freddy"

**INDICTMENT**

Violations:

Title 46, United States Code, Sections 70503(a) and 70506
Title 21, United States Code, Sections 863 and 959

A true bill,

_____
Foreperson

Filed in open court this __th day
of June, A.D., 2013.

_____
Clerk

Bail $_____