UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v                                                                                          CASE NO.  8:13-cr-299-T-26AEP

RICHARD MOSQUERA MOSQUERA
_____/

**O R D E R**

**Upon due and careful consideration** of the procedural history of this case, including the Defendant's presentence report, it is ordered and adjudged as follows:

1) The Government's Motion for Reduction in Sentence Pursuant to Fed. R. Crim. P. 35(b) (Dkt. 80) is granted.

2) The Defendant's previously imposed sentenced is reduced to a period of seventy (70) months.

3) The Clerk shall amend the original judgment in a criminal case to reflect this reduction in sentence.

**DONE AND ORDERED** at Tampa, Florida, on August 15, 2019.

                                                                    s/*Richard A. Lazzara*
                                                                    **RICHARD A. LAZZARA**
                                                                    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record